# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **Development Dimensions International, Inc.** | : | |
| | : | |
| Plaintiff, | : | Case No. 2:25-cv-315 |
| | : | |
| v. | : | Judge Edward A. Sargus, Jr. |
| | : | Magistrate Judge Kimberly Jolson |
| **John Doe 1, aka Michael Brazeel aka Brazeel Michael**, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER GRANTING UNOPPOSED MOTION OF PLAINTIFF DEVELOPMENT DIMENSIONS INTERNATIONAL, INC. FOR DISMISSAL OF NOMINAL BANKING DEFENDANTS PURSUANT TO RULE 21 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff Development Dimensions International, Inc. ("Plaintiff") moves under Rule 21 of the Federal Rules of Civil Procedure for an order dismissing Defendants U.S. Bank, N.A., Wells Fargo Bank, N.A. and Bonneville Bank, *dba* Go2Bank, *dba* Green Dot Bank (collectively, "Nominal Banking Defendants"), with prejudice. For good cause shown, Plaintiff's Motion is hereby granted, and Defendants U.S. Bank, N.A., Wells Fargo Bank, N.A. and Bonneville Bank, *dba* Go2Bank, *dba* Green Dot Bank are dismissed from this action, with prejudice.

IT IS SO ORDERED.

Dated:  6/2/2025

s/Edmund A. Sargus, Jr.
UNITED STATES DISTRICT JUDGE